IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER MATTHEWS, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. 09-141 |
| | ) | Chief Judge Donetta W. Ambrose |
| ISTANBUL BALOUGH, | ) | Chief Magistrate Judge Amy Reynolds Hay |
| Defendant | ) | |

## ORDER

AND NOW, this 5th day of Aug., 2009, after the Plaintiff, Walter Matthews, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until July 20, 2009, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the case in the above-captioned matter is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

_____
DONETTA W. AMBROSE
Chief United States District Judge

cc:     Honorable Amy Reynolds Hay
        United States Magistrate Judge

        Walter Matthews
        23169
        Allegheny County Jail
        950 Second Avenue
        Pittsburgh, PA 15219

        All Counsel of Record by electronic filing